United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16550-elf
Jerome L. Rogers                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Oct 02, 2018
                            Form ID: 130           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db             +Jerome L. Rogers,    111 W. Sharpnack Street,    Philadelphia, PA 19119-4034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
              MICHAEL A. CIBIK2   on behalf of Debtor Jerome L. Rogers ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                  TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                          Chapter: 13

   Jerome L. Rogers

              Debtor(s)            Bankruptcy No: 18−16550−elf

## *O R D E R*

**AND NOW,** this 2nd day of October 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Matrix List of Creditors due 10/8/2018
      Atty Disclosure Statement due 10/15/2018
      Chapter 13 Plan due by 10/15/2018
      Chapter 13 Statement of Your Current Monthly Income
      and Calculation of Commitment Period Form 122C−1 Due 10/15/2018
      Means Test Calculation Form 122C−2 Due: 10/15/2018
      Schedules AB−J due 10/15/2018
      Statement of Financial Affairs due 10/15/2018
      Summary of Assets and Liabilities Form B106 due 10/15/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

4
Form 130