**Professional Insurance Planners Inc**
*"we can help you"*

6243 N Broad st Flr 2
Philadelphia Pa 19141
215-4104290

# INVOICE

INVOICE # 001
DATE: AUGUST 23 2018

TO:
Jerome Rogers
Individual
111 W. Sharpnack st
Philadelphia Pa 19119
Phone: 267 5151732

| Contractor | Identifying Number | Position | TERMS | Frequency | TERMS |
|---|---|---|---|---|---|
| Jerome L Rogers | 4026 | Courier/Driver | $1,200.00 | Semi-Monthly | Cash |

| PAY CYCLE | DESCRIPTION | PAY | YTD TOTAL |
|---|---|---|---|
| Aug 15 2018 | Courier services completed cycle 1 Cash out 08-23-2018 | $1,200.00 | $1,200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL INCOME PAID | | $1,200.00 |

SIGNATURE OF OWNER _____   DATE PAID _8-23-2018_
Skuoe-Marcet Ponton Sr.
SIGNATURE OF CONTRACTOR _____   DATE _8 23-2018_
Jerome L Rogers #4026

**Professional Insurance Planners Inc**

*"we can help you"*

6243 N Broad st Flr 2
Philadelphia Pa 19141
215-4104290

# INVOICE

INVOICE # 001
DATE: SEPTEMBER 6 2018

TO:
Jerome Rogers
Individual
111 W. Sharpnack st
Philadelphia Pa 19119
Phone: 267 5151732

| Contractor | Identifying Number | Position | TERMS | Frequency | TERMS |
|---|---|---|---|---|---|
| Jerome L Rogers | 4026 | Courier/Driver | $1,200.00 | Semi-Monthly | Cash |

| PAY CYCLE | DESCRIPTION | PAY | YTD TOTAL |
|---|---|---|---|
| Aug 31 2018 | Courier services completed cycle 2 Cash out 09-06-2018 | $1,200.00 | $2,400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |
|---|---|
| TOTAL INCOME PAID | $2,400.00 |

SIGNATURE OF OWNER _____  DATE PAID _9-6-2018_
Skuoe-Marcet Ponton Sr.
SIGNATURE OF CONTRACTOR _____  DATE _9-6-2018_
Jerome L Rogers #4026